**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF MARYLAND, BALTIMORE DIVISION

Case number *(if known)* ________ Chapter **11**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

**1. Debtor's name** — **Greenstreet Growers, Inc.**

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN) — **52-2252197**

**4. Debtor's address**

**Principal place of business**

**391 West Bay Front Road**
**Lothian, MD 21157**
Number, Street, City, State & ZIP Code

**Carroll**
County

**Mailing address, if different from principal place of business**

**PO Box 410**
**Lothian, MD 20711**
P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

**5. Debtor's website** (URL)

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify:

Debtor **Greenstreet Growers, Inc.** Case number (*if known*)
Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check **all** that apply*:

- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
- ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
- ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
- ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
- ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

District ______ When ______ Case number ______
District ______ When ______ Case number ______

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
☒ Yes.

List all cases. If more than 1, attach a separate list

Debtor **See Attachment** Relationship ______
District ______ When ______ Case number, if known ______

**11. Why is the case filed in *this district?***

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? ______

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other ______

**Where is the property?** ______

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency ______

Contact name ______

Phone ______

## Statistical and administrative information

**13. Debtor's estimation of available funds**

. *Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☒ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Greenstreet Growers, Inc.**
Name

Case number (*if known*)

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **September 7, 2026**
MM / DD / YYYY

**X** **/s/ Raymond E. Greenstreet, II**
Signature of authorized representative of debtor

**Raymond E. Greenstreet, II**
Printed name

Title **President**

---

**18. Signature of attorney**

**X** **/s/ Tate M. Russack**
Signature of attorney for debtor

Date **September 7, 2026**
MM / DD / YYYY

**Tate M. Russack 26394**
Printed name

**RLC, PA**
Firm name

**483 Pelican Way**
**Delray Beach, FL 33483**
Number, Street, City, State & ZIP Code

Contact phone **(410) 505-4150** Email address **Tate@russack.net**

**26394 MD**
Bar number and State

Debtor **Greenstreet Growers, Inc.** Case number (*if known*)
Name

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF MARYLAND, BALTIMORE DIVISION

Case number *(if known)* Chapter **11**

☐ Check if this is an amended filing

**FORM 201. VOLUNTARY PETITION**

**Pending Bankruptcy Cases Attachment**

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **Raymond E. Greenstreet, II** | | | Relationship to you | **Owner** |
| District | **District of Maryland** | When | **7/30/26** | Case number, if known | **26-18275** |
| Debtor | **Stacy S. Greenstreet** | | | Relationship to you | **Owner** |
| District | **District of Maryland** | When | **7/30/26** | Case number, if known | **26-18275** |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Greenstreet Growers, Inc. |
| United States Bankruptcy Court for the: | DISTRICT OF MARYLAND, BALTIMORE DIVISION |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **American Express Platinum** | | **Credit card purchases** | | | | **$42,988.29** |
| **Capital One** | | **Credit card purchases** | | | | **$24,120.16** |
| **Capital One** | | **Credit card purchases** | | | | **$15,477.47** |
| **Capital One Business PO Box 71087 Charlotte, NC 28272-1087** | | **Credit card purchases** | | | | **$14,400.40** |
| **Chase** | | **Credit card purchases** | | | | **$17,045.09** |
| **Citibusiness PO Box 790046 Saint Louis, MO 63179-0046** | | **Credit card purchases** | | | | **$40,721.14** |
| **Citibusiness PO Box 71820 Philadelphia, PA 19176-1820** | | **Credit card purchases** | | | | **$3,406.40** |
| **Fundpro Soltions LLC c/o Law Offices of Issac H. Greenfield, PLLC 2 Executive Blvd Suite 305 Suffern, NY 10901** | | | | **$1,559,228.03** | **$0.00** | **$1,559,228.03** |
| **Home Depot** | | **Credit card purchases** | | | | **$12,407.04** |
| **Milestone Bank 50 W Big Beaver Road Suite 245 Troy, MI 48084** | | | | | | **$33,958.80** |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Greenstreet Growers, Inc.**
Name

Case number *(if known)*

| **Name of creditor and complete mailing address, including zip code** | **Name, telephone number and email address of creditor contact** | **Nature of claim** (for example, trade debts, bank loans, professional services, and government contracts) | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Pittmoss LLC**<br>**2603 Duss Avenue**<br>**Ambridge, PA 15003** | | **Final Judgment** | | | | **$240,409.49** |
| **Sales Tax** | | | | | | **$971,108.89** |
| **Sandy Spring Bank SBA**<br>**17801 Georgia Avenue**<br>**Olney, MD 20832** | | | | **$579,111.86** | **$0.00** | **$579,111.86** |
| **Sears** | | **Credit card purchases** | | | | **$5,718.52** |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

American Express Platinum

Capital One Business
PO Box 71087
Charlotte, NC 28272-1087

Corporation Service Company, as
Represen
PO Box 2576
Springfield, IL 62708

CT Corporation
330 N Brand Blvd
Suite 700
Glendale, CA 91203

CT Corporation System as representative
Attn SPRS
330 N Brand Blvd Suite 700
Glendale, CA 91203

Greenstreet Growers of Virginia LLC
391 West Bay Front Road
Lothian, MD 20711

Home Depot

Milestone Bank
50 W Big Beaver Road
Suite 245
Troy, MI 48084

NewLane Finance Company
123 S. Broad Street
17th Floor
Philadelphia, PA 19109

Raymond Edward Greenstreet
441 W Bay Front Road
Lothian, MD 20711

Brickhouse Capital LLC
8161 E Indian Bend Road
Suite 103
Scottsdale, AZ 85250

Chase

Corporation System, as representative
PO Box 2576
Springfield, IL 62708

CT Corporation System
330 N Brand Blvd
Suite 700
Glendale, CA 91203

CT Corporation System, as
representative
330 N Brand Blvd
Suite 700
Glendale, CA 91203

Greenstreet Properties LLC
391 West Bay Front Road
Lothian, MD 20711

Interstate Filings as Representative
301 Mill Road
Suite U-5
Hewlett, NY 11557

Navitas Credit Corp.
201 Executive Center Drive
Suite 100
Columbia, SC 29210

Pittmoss LLC
2603 Duss Avenue
Ambridge, PA 15003

RSAG Properties, LLC
391 West Bay Front Road
Lothian, MD 20711

Capital One

Citibusiness
PO Box 71820
Philadelphia, PA 19176-1820

CSC, as Representative
PO Box 2576
Springfield, IL 62708

CT Corporation System as representative

Fundpro Soltions LLC
c/o Law Offices of Issac H. Greenfield,
2 Executive Blvd Suite 305
Suffern, NY 10901

Hitachi Capital America Vendor Service
7808 Creekridge Circle
Edina, MN 55439

John Edwad Reid
Martin Law Group PC
8065 Leesburg Pike Suite 750
Vienna, VA 22182

NBMS Law PC
650 Corporation Street
Suite304
Beaver, PA 15009

Ray and Stacy Greenstreet
441 Bay Front Rd
Lothian, MD 20711

RSGREENSTREET, LLC
391 West Bay Front Road
Lothian, MD 20711

Sales Tax

Sandy Spring Bank SBA
Martin Law Group, PC
8065 Leesburg Pike Suite 750
Vienna, VA 22182

V C Group
33 Peasall Avenue
Cedarhurst, NY 11516

Sandy Spring Bank
9112 Guilford Road
Suite 2
Columbia, MD 21046

Sandy Springs Bank, Atlantic Union Bank
17801 Georgia Ave
Olney, MD 20832

Sandy Spring Bank SBA
17801 Georgia Avenue
Olney, MD 20832

Sears

# United States Bankruptcy Court
## District of Maryland, Baltimore Division

In re **Greenstreet Growers, Inc.** Debtor(s)

Case No.

Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Greenstreet Growers, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

**September 7, 2026**
Date

**/s/ Tate M. Russack**
**Tate M. Russack 26394**
Signature of Attorney or Litigant
Counsel for **Greenstreet Growers, Inc.**

**RLC, PA**
**483 Pelican Way**
**Delray Beach, FL 33483**
**(410) 505-4150 Fax:(800) 883-5692**
**Tate@russack.net**

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com